**People of the State of Illinois, Plaintiff-Appellee, v. Elza Bryant, Defendant-Appellant.**

**Gen. No. 51,230.**

First District, Third Division.

February 23, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.